UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                      Case No. 1:07-CR-102

v.                                                 Hon. Paul L. Maloney

MICHAEL DANOTUS YOUNG,

    Defendant.
_____/

**ORDER DENYING MOTION FOR BOND**

Pending before the court is defendant's Motion for Bond filed August 28, 2007 (docket no. 14). The issue of bond, however, was decided at a detention hearing held on August 7, 2007, pursuant to 18 U.S.C. § 3142(f), when defendant was detained for the reasons stated in the detention order issued that date (docket no. 9). While a detention hearing may be reopened at any time prior to trial if the court "finds that information exists that was not known to the movant at the time of the hearing and that has a material bearing on the issue," § 3145(b), defendant has proffered nothing of substance in his motion that was not considered at the hearing and discussed in the order. *See also,* W.D. Mich. LCrR 47.3 (a) ("Generally. . . motions for reconsideration which merely present the same issues ruled upon by the court shall not be granted. The movant shall not only demonstrate a palpable defect by which the Court and the parties have been misled, but also show a different disposition of the case must result from a correction thereof.").

Accordingly, defendant's motion for bond is DENIED.

IT IS SO ORDERED.

Dated:  September 5, 2007                          /s/ Hugh W. Brenneman, Jr.
                                                            HUGH W. BRENNEMAN, JR.
                                                             United States Magistrate Judge