UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL DANOTUS YOUNG,

    Defendant.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:07-cr-102

**ORDER**

This matter is before the Court on the Defendant's Motion to Suppress (Dkt. #15).

For reasons stated fully on the record at the motion hearing held October 3, 2007:

**IT IS HEREBY ORDERED** that Defendant's Motion to Suppress (Dkt. #15) is **DENIED**.

Date: October 4, 2007

/s/ Paul L. Maloney
PAUL L. MALONEY
United States District Judge